IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CARRIE L. HEAPE, ) | |
| ) | |
| Petitioner, ) | Case No. CV 06-42-E-LMB |
| ) | |
| v. ) | |
| ) | JUDGMENT |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Respondent. ) | |
| ) | |

In accordance with the Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter is REMANDED to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings as set forth in the Memorandum Decision and Order.

DATED: **March 28, 2007**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

JUDGMENT